IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TOUCH N TAN, LLC, a Colorado Limited Liability Company;<br><br>                Plaintiff,<br><br>    vs.<br><br>TIPPS ENTERPRISES INCORPORATED, an Oklahoma corporation; and JAMIE TIPPS,<br><br>                Defendants. | 8:14CV224<br><br>ORDER |

      This matter is before the court on Patrick S. Cooper and Alexander D. Boyd's motion to withdraw as counsel in this case. (Filing No. 15). Having reviewed the motion,

      IT IS ORDERED:

1)    The motion to withdraw filed by Patrick S. Cooper and Alexander D. Boyd, as counsel of record for Plaintiff Touch N Tan, LLC (filing no. 15), is granted.

2)    Plaintiff Touch N Tan, LLC, a limited liability company, cannot litigate its action in this forum without representation by licensed counsel. Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-48 (8th Cir. 1994). On or before November 19, 2014, Plaintiff Touch N Tan, LLC shall obtain the services of counsel and have that attorney file an appearance on its behalf, in the absence of which the court may dismiss its claims without further notice.

3)    Patrick S. Cooper and Alexander D. Boyd shall promptly mail a copy of this order to Plaintiff Touch N Tan, LLC, and file a certificate of service stating the date and the manner of service, and the name and address served.

    Dated this 29th day of October, 2014

                                                      BY THE COURT:

                                                      *s/ Cheryl R. Zwart*
                                                      United States Magistrate Judge