IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TOUCH N TAN, LLC, a Colorado Limited Liability Company;<br><br>              Plaintiff,<br><br>vs.<br><br>TIPPS ENTERPRISES INCORPORATED, an Oklahoma corporation; and JAMIE TIPPS,<br><br>              Defendants. | 8:14CV224<br><br>ORDER |

On October 29, 2014, the Court entered an order (filing no. 16) which required the Plaintiff, Touch N Tan, LLC, a Colorado Limited Liability Company, to obtain services of counsel and have that attorney file an appearance its behalf by November 19, 2014. The Plaintiff has not complied, and has not explained the failure to comply with this order.

Accordingly,

IT IS ORDERED that Plaintiff, Touch N Tan, LLC, a Colorado Limited Liability Company, is given until January 2, 2015 to show cause why the court should not dismiss its claims for want of prosecution. The failure to timely comply with this order may result in dismissal of the claims filed by the Plaintiff, Touch N Tan, LLC, a Colorado Limited Liability Company, without further notice.

Dated this 1st day of December, 2014

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge