IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TOUCH N TAN, LLC, a Colorado Limited Liability Company; | |
| Plaintiff, | **8:14CV224** |
| vs. | **ORDER** |
| TIPPS ENTERPRISES INCORPORATED, an Oklahoma corporation; and JAMIE TIPPS, | |
| Defendants. | |

Plaintiff's former counsel was granted leave to withdraw on October 29, 2014.  (Filing No.16).  The order granting counsel's leave to withdraw stated:

Plaintiff was given until November 19, 2014 to obtain the services of counsel and have that attorney file an appearance on its behalf, and was warned that if it failed to do so, the court may dismiss its claims without further notice.

(Filing No. 16 ).

The order was mailed to Plaintiff.  This mailing was not returned. Plaintiff failed to comply with the court's order.

On December 1, 2014, a show cause order was mailed by the clerk's office which advised that Plaintiff had until January 2, 2015 to show cause why the court should not dismiss Plaintiff's claims for want of prosecution and without further notice.  (Filing No. 18).  This mailing was not returned.

Plaintiff  did not respond to the show cause order.

Accordingly,

IT IS RECOMMENDED to the Honorable John M. Gerrard, United States District Judge, pursuant to 28 U.S.C. § 636(b), that  Plaintiff's claims be dismissed for want of prosecution and without further notice.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

IT IS FURTHER ORDERED: The clerk shall mail a copy of this recommendation to Plaintiff at the address of record.

Dated this 6th day of January, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge