IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TOUCH N TAN, LLC, a Colorado Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TIPPS ENTERPRISES INCORPORATED, an Oklahoma corporation; and JAMIE TIPPS,<br><br>　　　　　Defendants. | 8:14-CV-224<br><br>MEMORANDUM AND ORDER |

　　This matter is before the Court on the Magistrate Judge's Findings and Recommendation (filing 19), recommending that the Court dismiss the plaintiff's case for want of prosecution. Neither party has objected. *See,* 28 U.S.C. § 636(b)(1); NECivR 72.2. When a party fails to timely object to the report and recommendation of a magistrate judge, the party waives its right to de novo review by the district court of any portion of the report and recommendation. *United States v. Wise,* 588 F.3d 531, 537 n.5 (8th Cir. 2009).

　　The Court finds that the Magistrate Judge's recommendation should be adopted and this case dismissed. Accordingly,

　　IT IS ORDERED:

　　1.　The Magistrate Judge's Findings and Recommendation (filing 19) are adopted.

　　2.　This case is dismissed.

　　3.　A separate judgment will be entered.

　　Dated this 26th day of January, 2015.

　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　*/s/ John M. Gerrard*
　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　United States District Judge